IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:06-748-JFA |
|---|---|---|
| v. | ) | ORDER |
| TRAVIS HAGLER | ) | |

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at U.S.S.G. § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the motion (ECF No. 1039) is denied. The defendant was sentenced to the statutory mandatory minimum sentence of 240 months imprisonment for his conviction. Therefore, as Amendment 750 did not lower the defendant's guideline range, it does not apply and any guideline changes cannot alter the ultimate statutory floor of 20 years imprisonment set by Congress.

IT IS SO ORDERED.

March 23, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge